<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 08-1345**

―――――――――――

JOHN PAUL TURNER, a/k/a Pops,

Plaintiff - Appellant,

v.

VETERANS ADMINISTRATION; SOCIAL SECURITY ADMINISTRATION; INTERNAL REVENUE SERVICE; U.S. DEPARTMENT OF DEFENSE; UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA; AUGUSTA COUNTY CIRCUIT COURT,

Defendants - Appellees.

―――――――――――

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, District Judge. (7:08-cv-00234-sgw)

―――――――――――

Submitted: April 16, 2008                    Decided: May 7, 2008

―――――――――――

Before NIEMEYER, MICHAEL, and TRAXLER, Circuit Judges.

―――――――――――

Dismissed by unpublished per curiam opinion.

―――――――――――

John Paul Turner, Appellant Pro Se.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Paul Turner appeals the district court's order dismissing this action under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. Turner v. Veterans Administration, No. 7:08-cv-00234-sgw (W.D. Va. Mar. 18, 2008). We deny the motion to consolidate and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED